# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>GENARDO GARCIAS-VILLELAS,<br><br>　　　Defendant. | Case No. 2:11-cr-00401-LDG (PAL)<br><br>**ORDER** |

　　　The defendant, Genardo Garcias-Villelas, moves for a reduction of sentence pursuant to 18 U.S.C. §3582(c)(2). A review of the docket establishes:

　　　(a) that the defendant pled guilty to, and was convicted of, violating 21 U.S.C. §841(a)(1) and (b)(1)(B)(viii);

　　　(b) the statutory minimum sentence for a violation of 21 U.S.C. §841(a)(1) and (b)(1)(B)(viii) is five years; and,

　　　(c) the defendant was sentenced to the statutory minimum sentence of 60 months imprisonment.

Therefore, the Court finds that, as the defendant was sentenced to the statutory minimum term of 60 months imprisonment, he is not statutorily eligible for a sentence reduction pursuant to Guidelines Amendment 782.

Accordingly,

THE COURT **ORDERS** that Defendant's Motion for Sentence Reduction (#25) is DENIED.

DATED this \_\_4\_\_ day of August, 2015.

Lloyd D. George
United States District Judge